## NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1145


STATE OF LOUISIANA

VERSUS

KEDRICK DONELL MOSES


\*\*\*\*\*\*\*\*\*\*


APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 255,576,
HONORABLE DONALD T. JOHNSON, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*


JIMMIE C. PETERS
JUDGE

\*\*\*\*\*\*\*\*\*\*


Court composed of John D. Saunders, Jimmie C. Peters, and Billy Howard Ezell, Judges.


**AFFIRMED.**

**James C. Downs–District Attorney**
**Thomas C. Walsh, Jr.–Assistant District Attorney**
**P. O. Box 1472**
**Alexandria, LA  71309**
**(318) 473-6650**
**COUNSEL FOR APPELLEE:**
     **State of Louisiana**

**Edward K. Bauman**
**Louisiana Appellate Project**
**P. O. Box 1641**
**Lake Charles, LA  70602-1641**

**(337) 491-0570**
**COUNSEL FOR DEFENDANT/APPELLANT:**
    **Kedrick Donell Moses**